# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br>                Plaintiff,<br><br>v.<br><br>CROUNSE, et al.,<br>                Defendants. | 1:18-cv-01623-LJO-SKO (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JARED M. VILLERY, CDCR #V-88097, PLAINTIFF**<br><br>DATE: August 13, 2019<br>TIME: 10:30 a.m. |

**JARED M. VILLERY, CDCR #V-88097,** is the plaintiff in proceedings in this case on August 13, 2019, and is confined at Valley State Prison ("VSP"), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto, at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #7 on August 13, 2019, at 10:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** The Warden of Valley State Prison ("VSP")

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court and thereafter to return the inmate to the above institution. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **July 10, 2019**                  /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE