# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>    Plaintiff,<br><br>    v.<br><br>CROUNSE, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01623-LJO-SKO (PC)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND TRANSPORT WRIT, LIFTING STAY, AND SETTING DEADLINE FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>(Docs. 14, 18, 19, 20)<br><br>FORTY-FIVE (45) DAY DEADLINE |

The parties have filed a stipulation to vacate the currently scheduled settlement conference as that initial settlement discussions have revealed that a settlement conference is not likely to be beneficial at this time. (Doc. 20.) Accordingly, the Court ORDERS:

1. the settlement conference, set for August 13, 2019, (*see* Doc. 18), is **VACATED**;

2. the writ to transport Plaintiff to the settlement conference, (Doc. 19), is **VACATED**;

3. the stay is **LIFTED**; and

4. Defendants SHALL file a response to the Compliant **no later than forty-five (45) days** from the date of service of this order.


IT IS SO ORDERED.

Dated: **July 22, 2019**                              /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE