# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID CROUNSE, et al.,<br><br>　　　　　Defendants. | **Case No. 1:18-cv-01623-LJO-SKO (PC)**<br><br>**ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT AND DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT EDWARD GARCIA**<br><br>**(Doc. 24)** |

　　　　Plaintiff, Jared M. Villery, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's September 19, 2019, request for entry of default against Defendant Edward Garcia. (Doc. 24.)

　　　　On May 28, 2019, the summons was returned executed indicating that Defendant Edward Garcia was served on May 23, 2019. (Doc. 13.) To date, Defendant Garcia has not appeared in this action and has failed to file a responsive pleading. Pursuant to Federal Rule of Civil Procedure 55(a), default may be entered against a party that fails to plead or otherwise defend within the time set forth in the Federal Rules. Accordingly, Plaintiff's request for entry of default will be granted. Plaintiff is advised that the Court may set aside this entry of default for good cause pursuant to Rule 55(c).

　　　　Based on the foregoing, it is HEREBY ORDERED that:

　　　　1.　　Plaintiff's request for entry of default against Defendant Edward Garcia is GRANTED;

1

2. The Clerk of the Court shall enter default against Defendant Garcia; and

3. The Clerk of Court is directed to serve a copy of this order on December Garcia at the address of service of the summons, and on Deputy Attorney General Lucas L. Hennes.

IT IS SO ORDERED.

Dated: **September 23, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE