# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CROUNSE, et al.,<br><br>Defendants. | Case No. 1:18-cv-01623-LJO-SKO (PC)<br><br>**ORDER VACATING ORDER GRANTING REQUEST FOR DEFAULT AND DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT EDWARD GARCIA**<br><br>**(Docs. 25, 26)** |

Plaintiff, Jared M. Villery, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 19, 2019, Plaintiff filed a request for entry of default against Defendant Edward Garcia. (Doc. 24.) On September 23, 2019, the Court issued an order granting Plaintiff's request and directing the Clerk of Court to enter default against Defendant Edward Garcia. (Doc. 25.) It has come to the Court's attention that service on Defendant Garcia was ineffective. On May 28, 2019, the summons was returned executed indicating that Defendant Edward Garcia was served on May 23, 2019. (Doc. 13.) However, service was made by mail, and although the proof of service indicates it was signed by Defendant Garcia, Defendant Garcia has not executed a waiver of service of summons.

Pursuant to Federal Rule of Civil Procedure 4(e), service of a summons and complaint may be accomplished by:

1

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or

(2) doing any of the following:

    (A) delivering a copy of the summons and of the complaint to the individual personally;

    (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or

    (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Fed. R. Civ. P. 4(e). Service may also be accompanied by mailing the summons and complaint via first class mail to the defendant with a waiver form. Fed. R. Civ. P. 4(d). However, service is effective only if the party to be served voluntarily chooses to waive service, and there is no obligation to do so. Id.

Accordingly, the Court will vacate entry of default and, by separate order, direct the United States Marshals Service to personally serve Defendant Garcia.

**ORDER**

Accordingly, it is HEREBY ORDERED that:

1. The order of September 23, 2019, granting Plaintiff's request for entry of default against Defendant Edward Garcia is VACATED; and

2. The Clerk of Court is DIRECTED to VACATE entry of default against Defendant Garcia.

IT IS SO ORDERED.

Dated: **September 26, 2019**         /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE