UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. CROUNSE, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01623-NONE-SKO (PC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' MOTIONS TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Docs. 34, 35) |

　　　　On March 30, 2020, Plaintiff filed a motion to modify the discovery and scheduling order pursuant to Federal Rule of Civil Procedure 16(b)(4). (Doc. 34.) Plaintiff requests that (1) the deadline to amend the pleadings be extended to August 2, 2020, (2) the discovery deadline be extended to September 4, 2020, (3) the pretrial dispositive-motion deadline be extended to November 6, 2020, and (4) the Court-imposed limits on the number of requests for admission and requests for production be lifted. (*Id.* at 1-2.) The current deadline to amend the pleadings was April 2, 2020. (Doc. 32.) The discovery and dispositive-motion deadlines are May 4, 2020 and July 6, 2020, respectively. (*Id.*) The parties are currently limited to 25 requests for admission and 25 requests for production each. (*Id.*) Defendants have not filed an opposition or a statement of non-opposition to Plaintiff's motion, and the time to do so has passed. *See* Local Rule 230(l).

　　　　On April 23, 2020, Defendants filed a separate motion to modify the discovery and scheduling order. (Doc. 35.) Defendants request that the discovery and dispositive-motion

deadlines be extended by 60 days to July 3, 2020 and September 4, 2020, respectively. (Doc. 35-1 at 1.) The time for Plaintiff to file an opposition or a statement of non-opposition has not yet passed; however, the Court finds neither necessary here.

Having reviewed the parties' motions, the Court finds good cause to grant the motions in part. Accordingly, the Court ORDERS:

1. The parties' motions to modify the discovery and scheduling order (Docs. 34, 35) are GRANTED IN PART and DENIED IN PART;
2. The deadline to amend the pleadings is extended to **July 1, 2020**[1];
3. The deadline to complete discovery, including filing motions to compel, is extended to **August 3, 2020**;
4. The deadline to file pretrial dispositive motions is extended to **October 5, 2020**;
5. The number of requests for admission that each party may serve is increased to **35**; and,
6. The number of requests for production that each party may serve is increased to **35**.

IT IS SO ORDERED.

Dated:   **April 29, 2020**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline does not imply that any party may unilaterally file an amended pleading. Rather, any amended pleadings must comply with Federal Rule of Civil Procedure 15 and Local Rule 220.