UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>          Plaintiff,<br><br>    v.<br><br>D. CROUNSE, et al.,<br><br>          Defendants. | Case No. 1:18-cv-01623-NONE-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Docs. 37-38) |

Plaintiff moves the Court to modify its discovery and scheduling order. (Docs. 37-38.) Defendants filed a statement of non-opposition to Plaintiff's motion on July 13, 2020. (Doc. 39.)

Good cause appearing, the Court GRANTS Plaintiff's motion and sets the following new deadlines:

1. The deadline to amend the pleadings is **August 1, 2020**[1];
2. The deadline to complete discovery, including filing motions to compel, is **October 5, 2020**; and,
3. The deadline to file pre-trial dispositive motions is **December 7, 2020**.

IT IS SO ORDERED.

Dated:   **July 15, 2020**                     /s/ *Sheila K. Oberto*

---

[1] Amended pleadings must comply with Federal Rule of Civil Procedure 15 and Local Rule 220.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES MAGISTRATE JUDGE