UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. CROUNSE, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01623-NONE-SKO (PC)<br><br>**ORDER ON STIPULATION TO AMEND DISCOVERY AND SCHEDULING ORDER** |

Upon consideration of the parties' stipulation to amend the discovery and scheduling order (Doc. 42), the Court finds good cause to modify the order and sets the following new deadlines:

1. The deadline for completing all discovery, including filing motions to compel, is January 4, 2021; and
2. The deadline for filing pre-trial dispositive motions is March 8, 2021.

All other deadlines shall remain in effect. (*See* Docs. 32, 40.)

IT IS SO ORDERED.

Dated: __**September 23, 2020**__　　　　　　　__/s/ *Sheila K. Oberto*__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE