UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>            Plaintiff,<br><br>      v.<br><br>D. CROUNSE, et al.,<br><br>            Defendants. | Case No. 1:18-cv-01623-NONE-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SETS OF REQUESTS FOR ADMISSIONS AND REQUESTS FOR PRODUCTION**<br><br>(Doc. 46) |

Defendants move for an extension of time for Defendant Crounse to serve responses to Plaintiff's second set of requests for admissions and second set of requests for production of documents. (Doc. 46.) Plaintiff served the requests on Defendants on August 13, 2020. (*Id.* at 1-2.) On October 14, 2020, defendants' counsel "received information indicating a need to retain outside counsel for Defendant Crounse." (*Id.* at 3.) Thus, Defendants' request the additional time to allow outside counsel time to review this matter and respond to Plaintiff's discovery requests. (*Id.* at 2, 3.)

The time for Plaintiff to file an opposition or a statement of non-opposition to Defendant Crounse's motion for an extension of time to respond to this discovery has not yet passed. *See* Local Rule 230(l). The Court deems neither necessary here because it finds good cause to grant the motion. The Court thus deems the motion submitted.

///

Good cause appearing, the Court GRANTS Defendants' motion for an extension of time for Defendant Crounse to respond. Defendant Crounse shall respond to Plaintiff's second set of requests for admissions and second set of requests for production by December 14, 2020.

IT IS SO ORDERED.

Dated: **October 28, 2020**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE