UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. CROUNSE, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01623-NONE-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION**<br><br>(Doc. 45)<br><br>**ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER** |

Per the Court's Discovery and Scheduling Order, "[t]he parties are limited to 25 interrogatories as described in Federal Rule of Civil Procedure 33." (Doc. 23 at 1.) On April 29, 2020, the Court increased the "number of requests for admission that each party may serve … to 35," and it increased the "number of requests for production that each party may serve … to 35." (Doc. 36 at 2.)

Plaintiff has filed a motion seeking clarification on whether the numerical limits above are the number of discovery requests that each party may serve on the opposing *side*, or the number of requests that each party may serve on each opposing *party*. (Doc. 45.) Defendants Guerrero, Haak, and Garcia do not oppose the motion to the extent that it seeks clarification only. (Doc. 53.) As such, the Court construes Plaintiff's motion as one seeking clarification, and not as a motion to compel discovery.

///

The Court will grant Plaintiff's motion for clarification. The numerical limits are the number of discovery requests that each party may serve on each opposing party. *See* Fed. R. Civ. P. 33(a)(1) ("a party may serve on any other *party* no more than 25 written interrogatories") (emphasis added). In light of this clarification, the Court will grant Defendant's request for 30 additional days to serve supplemental responses to Plaintiff's discovery requests (Doc. 53 at 4).

Finally, because the discovery cutoff date is currently January 4, 2021, (Doc. 43), which is before the expiration of 30 days, the Court finds good cause to modify the discovery and scheduling order. Therefore, the Court will modify the order as indicated below.

Based on the foregoing, the Court ORDERS:

1. Plaintiff's motion for clarification (Doc. 45) is GRANTED;
2. Each party is limited to 25 interrogatories, 35 requests for admission, and 35 requests for production on each opposing party;
3. Defendants shall have 30 days from the date of this order to serve supplemental responses to Plaintiff's discovery requests;
4. The deadline for completing all discovery, including filing motions to compel, is **February 12, 2021**;
5. The deadline for filing pretrial dispositive motions is **April 12, 2021**; and,
6. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:   **December 14, 2020**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE