UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. CROUNSE, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01623-NONE-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 71) |

On December 14, 2020, the Court issued an order resetting the pretrial dispositive motion deadline to April 12, 2021. (Doc. 54.) On January 29, 2021, the Court issued an order directing service of Plaintiff's first amended complaint on Defendants Groves and Holland. (Doc. 56.) Per that order, as well as the order granting Plaintiff leave to file the first amended complaint, Defendants are required to file a responsive pleading to the amended complaint by May 10, 2021. (*See* Docs. 47, 56, 65.)

On April 6, 2021, Defendants filed a motion to modify the discovery and scheduling order. (Doc. 71.) Defendants request that the Court reset the dispositive motion deadline to a date after the deadline for filing their responsive pleading. (*Id.*)

///

///

///

Good cause appearing, the Court GRANTS Defendants' motion. The deadline to file pre-trial dispositive motions is reset to **July 2, 2021**.

IT IS SO ORDERED.

Dated:   **April 6, 2021**                                       /s/ *Sheila K. Oberto*
                                                                             UNITED STATES MAGISTRATE JUDGE