UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>  Plaintiff,<br><br>  v.<br><br>D. CROUNSE, et al.,<br><br>  Defendants. | Case No. 1:18-cv-01623-NONE-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER AS MOOT**<br><br>(Doc. 75) |

On April 6, 2021, the Court granted Defendants' motion to modify the discovery and scheduling order. (Doc. 72.) The Court extended the deadline for filing pre-trial dispositive motions to July 2, 2021. (*Id.*)

On April 8, 2021, Plaintiff filed a motion to modify the discovery and scheduling order by extending the pre-trial dispositive motion deadline. (Doc. 75.) Since Plaintiff's motion and proof of service are dated April 6, 2021, (*id.* at 8, 9), it appears that he submitted the motion to prison officials before he received the Court's order granting an extension of time. Accordingly, the Court DENIES Plaintiff's motion as moot.

IT IS SO ORDERED.

Dated:   **April 12, 2021**          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE