UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>    Plaintiff,<br><br>    v.<br><br>D. CROUNSE, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01623-NONE-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 82) |

    Defendants move the Court for a 45-day extension of the deadline to file pretrial dispositive motions. (Docs. 82-83.) The current deadline is July 2, 2021. (Doc. 72.) The time for Plaintiff to file an opposition or a statement of non-opposition to Defendants' motion has not yet passed, *see* Local Rule 230(l); however, the Court finds neither necessary here because it finds good cause to grant Defendants' request.

    Accordingly, Defendants' motion is GRANTED. The deadline to file pre-trial dispositive motions is extended to **August 16, 2021**. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:   **June 21, 2021**                    /s/ *Sheila K. Oberto*      
                                                          UNITED STATES MAGISTRATE JUDGE