UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>    Plaintiff,<br><br>    v.<br><br>D. CROUNSE, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01623-NONE-SKO (PC)<br><br>**ORDER STAYING BRIEFING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

    On August 16, 2021, Defendants filed two motions for summary judgment. (Docs. 88-89, 91.) Pursuant to Local Rule 230(l) and Federal Rule of Civil Procedure 6(d), Plaintiff's oppositions, if any, are due by September 9, 2021.

    Prior to the filing of the summary judgment motions, Plaintiff timely filed a motion to compel the production of documents from Defendant Crounse. (Doc. 58.) The latter motion has been pending for several months. Because Plaintiff may seek to use documents sought in his motion to compel in an opposition to a summary judgment motion, the Court will stay briefing on the summary judgment motions until after it has ruled on the motion to compel.

///

///

///

///

Based on the foregoing, briefing on Defendants' motions for summary judgment (Docs. 88-89, 91) is STAYED. Plaintiff need not file an opposition or a statement of non-opposition to either motion until the stay is lifted by the Court.

IT IS SO ORDERED.

Dated: __**August 18, 2021**__    _____/s/ *Sheila K. Oberto*_____
                                    UNITED STATES MAGISTRATE JUDGE