UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>        Plaintiff,<br><br>    v.<br><br>D. CROUNSE, et al.,<br><br>        Defendants. | Case No. 1:18-cv-01623-NONE-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 109) |

On December 16, 2021, Plaintiff filed a motion for reconsideration of the Court's order granting in part and denying in part his motion to compel. (Doc. 108.) Defendants move for extension of time to file an opposition to Plaintiff's motion. (Doc. 109.)

Upon consideration of Defendants' motion and supporting declaration, the Court finds good cause to grant the request. Accordingly, Defendants' motion for an extension of time (Doc. 109) is GRANTED. Defendants shall have until **January 14, 2022** to file an opposition to Plaintiff's motion for reconsideration (Doc. 108).

IT IS SO ORDERED.

Dated:  **January 6, 2022**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE