UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>  Plaintiff,<br><br>  v.<br><br>D. CROUNSE, et al.,<br><br>  Defendants. | Case No. 1:18-cv-01623-JLT-SKO (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 115) |

On December 16, 2021, Plaintiff filed a motion for reconsideration of the Court's order granting in part and denying in part his motion to compel. (Doc. 108.) After receiving an extension of time, Defendants filed an opposition to the motion for reconsideration on January 13, 2022. (Doc. 112.) Plaintiff was granted a previous extension of time to reply to Defendants' opposition (Doc. 114) and now moves for a second extension. (Doc. 115.)

On February 22, 2022, Plaintiff declared he has been unable to complete a reply due to irregular access to the law library and a continued need to conduct additional research. (Doc. 115 at 2.) He seeks "a short 18-day extension of time" within which to file his reply. (*Id*. at 3.)

//
//
//
//

Upon consideration of Plaintiff's motion and supporting declaration, the Court finds good cause to grant the request. Accordingly, Plaintiff's motion for an extension of time (Doc. 115) is GRANTED. Plaintiff shall have until **March 21, 2022,** to file a reply to Defendants' opposition to his motion for reconsideration.

IT IS SO ORDERED.

Dated: **March 3, 2022**     /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE