UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED M. VILLERY,<br><br>  Plaintiff,<br><br>  v.<br><br>D. CROUNSE, et al.,<br><br>  Defendants. | Case No. 1:18-cv-01623-JLT-SKO (PC)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 128) |

Plaintiff Jared M. Villery filed a Motion to Modify the Discovery and Scheduling Order on August 25, 2022, (Doc. 128), requesting to extend the deadline to file any motions to compel regarding the recent discovery responses from Defendants Holland and Groves, to September 19, 2022, and to continue the stay of briefing regarding Defendants' pending motions for summary judgment until 30 days following resolution of any motions to compel. (*Id.* at 1-2.) Plaintiff's request is supported by a memorandum of points and authorities (*id.* at 3-5) and his declaration, signed and dated August 14, 2022 (*id.* at 6-9). Defendants filed a statement of non-opposition to Plaintiff's motion on August 26, 2022. (Doc. 129.)

Good cause appearing, Plaintiff's motion to extend the deadline for filing any motion to compel concerning the limited discovery recently conducted with Defendants Holland and Groves (Doc. 128) is **GRANTED IN PART**. Plaintiff shall file any motions to compel concerning discovery sought from Defendants Groves and Holland **no later than September 19, 2022**. The

stay of briefing concerning Defendants' motions for summary judgment shall remain in effect until the Court has resolved the anticipated discovery motions. Upon resolution of the discovery motions, the Court will set a deadline for the filing of Plaintiff's opposition or statement of non-opposition to Defendants' pending motions for summary judgment.

IT IS SO ORDERED.

Dated:   **August 29, 2022**                   /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE