**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARED M. VILLERY,<br><br>        Plaintiff,<br><br>    v.<br><br>D. CROUSNE, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-1623 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 133) |

        Jared M. Villery seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        The magistrate judge found Plaintiff failed to obey the Court's order and failed to prosecute this action. (Doc. 133.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 4.) The Court granted the parties 14 days to file any written objections. (*Id.* at 5.) In addition, the Court advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) To date, the parties have not filed objections, and the time to do so has expired.

        According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be

1

supported by the record and proper analysis.  Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on January 5, 2023 (Doc. 133) are **ADOPTED** in full.
2. The action is **DISMISSED**, without prejudice, for Plaintiff's failure to obey court orders and failure to prosecute.
3. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   **January 25, 2023**

UNITED STATES DISTRICT JUDGE